UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON MARIO SIMS,<br><br>    Plaintiff,<br><br>    v.<br><br>MELISSA PEREZ,<br><br>    Defendant. | No. 1:19-cv-01639-ADA-CDB (PC)<br><br>**ORDER REGARDING PLAINTIFF'S CORRESPONDENCE FILED DECEMBER 2, 2022**<br><br>(Doc. 18) |

    Plaintiff Carlton Mario Sims is a state prisoner, previously proceeding *pro se* and *in forma pauperis* in this now closed civil rights action under 42 U.S.C. § 1983.

    On December 2, 2022, Plaintiff filed a document with the Court dated November 24, 2022, that was docketed as a "Letter." (Doc. 18.) It appears from the content of the letter and the Court's docket that Plaintiff is unaware this action was closed on July 16, 2020.

**RELEVANT PROCEDURAL BACKGROUND**

    Plaintiff filed a civil rights complaint on November 13, 2019, in the Sacramento Division of this Court. (Doc. 1.) The matter was transferred to the Fresno Division on November 19, 2019. (Doc. 5.)

    On March 19, 2020, this Court issued its First Screening Order. (Doc. 13.) Then Magistrate Judge Jennifer L. Thurston found Plaintiff's complaint failed to state a claim upon which relief could be granted and failed to link the defendant to his claims. (*Id.* at 3-6.) Plaintiff

was given leave to amend his complaint within 21 days, or, alternatively, to file a notice of voluntary dismissal. (*Id*. at 6-7.) Plaintiff was advised that failure to comply with the Court's order would result in a recommendation the action be dismissed for a failure to obey court order and failure to state a claim. (*Id*. at 7.)  Plaintiff was served at his address then on record with the Court.

On March 31, 2020, the First Screening Order was returned by the United States Postal Service (USPS) marked "Undeliverable, Paroled."

On June 25, 2020, the Court issued Findings and Recommendations to Dismiss Action for Failure to Prosecute. (Doc. 15.) Specifically, Judge Thurston found Plaintiff had failed to keep the Court informed of his current address despite his obligation to do so pursuant to Local Rule 183(b). (*Id*. at 1-2.) Judge Thurston recommended the action be dismissed without prejudice for Plaintiff's failure to prosecute. (*Id.* at 2.) Plaintiff had 14 days within which to file any objections. (*Id*.) Plaintiff was again served at his address then on record with the Court.

On July 14, 2020, the Findings and Recommendations were returned by the USPS marked "Undeliverable, RTS-Paroled."

On July 16, 2020, District Judge Dale A. Drozd issued an Order Adopting Findings and Recommendations and Dismissing Action. (Doc. 16.) Judgment was entered that same date (Doc. 17) and the case was closed.

On September 9, 2022, the Order Adopting Findings and Recommendations and Dismissing Action was returned by the USPS marked "Undeliverable, Paroled."

More than two years later, on December 2, 2022, Plaintiff filed correspondence with this Court. (Doc. 18.)

**DISCUSSION**

Plaintiff's letter appears to concern the claim he asserted in his original complaint, although its not entirely certain because Plaintiff has provided no dates for the actions he references therein. (Doc. 18 at 2-3.) Nevertheless, as noted above, it seems clear Plaintiff is unaware this action has been dismissed for his failure to prosecute.

//

Because this action is now closed following judgment entered July 16, 2020, no further action will be taken concerning Plaintiff's claim. As explained in the Court's First Screening Order, Plaintiff's complaint did not state any cognizable claim against the named defendant. Plaintiff was afforded the opportunity to amend his complaint, curing the deficiencies identified in the screening order, but he failed to do so. That is so because Plaintiff failed to keep the Court apprised of his current address; all court issued documents issued after March 19, 2020, were returned by the USPS as undeliverable. The Court has had no communication with or from Plaintiff from that date until December 2, 2022, when the Court received Plaintiff's letter.

Significantly too, Plaintiff's letter does not include his current address. In fact, the only address reference included is on a copy of a Notice of Electronic Filing dated November 14, 2019, when the matter was still pending before the Sacramento Division and was assigned case number 2:19-cv-02301-CKD, appended to Plaintiff's letter. On November 14, 2019, Plaintiff was housed at Mule Creek State Prison in Ione, California. (Doc. 18 at 5.) The Court's docket reflects that on December 10, 2019, Plaintiff filed a Notice of Change of Address, indicating he had been moved to California State Prison, Sacramento. (Doc. 11.) The Court's docket continues to reflect California State Prison, Sacramento as Plaintiff's address of record.

A search of the California Department of Corrections and Rehabilitation (CDCR)'s website, reveals Plaintiff Carlton Mario Sims, CDCR #AN4131, is presently housed at California State Prison, Los Angeles County in Lancaster, California.[1] The Court may take judicial notice of public information stored on the CDCR inmate locator website. *See In re Yahoo Mail Litig.*, 7 F.Supp.3d 1016, 1024 (N.D. Cal. 2014) (court may take judicial notice of information on "publicly accessible websites" not subject to reasonable dispute); *Louis v. McCormick & Schmick Restaurant Corp.*, 460 F.Supp.2d 1153, 1155 fn.4 (C.D. Cal. 2006) (court may take judicial notice of state agency records).

//

//

//

---

[1] *See* https://inmatelocator.cdcr.ca.gov/Results.aspx (accessed on 12/7/2022).

3

    Although this action is now closed, the undersigned will direct the Clerk of the Court to provide Plaintiff with one-time courtesy copies of the Court's orders that were previously returned by the USPS as undeliverable. Beyond that, no further action by the Court is warranted in this matter.

**CONCLUSION AND ORDER**

For the reasons given above, **IT IS HEREBY ORDERED** that:

1. The Clerk of the Court is directed to serve Plaintiff with the following documents:

    a. First Screening Order issued March 19, 2020 (Doc. 13);

    b. Findings and Recommendations to Dismiss Action for Failure to Prosecute issued June 25, 2020 (Doc. 15);

    c. Order Adopting Findings and Recommendations and Dismissing Action issued July 16, 2020 (Doc. 16); and

    d. Judgment dated July 16, 2020 (Doc. 17);

2. The Clerk of the Court shall serve the aforementioned documents as follows: Carlton Mario Sims, CDCR #AN4131, California State Prison, Los Angeles County, P.O. Box 8457, Lancaster, CA 93539-8457.

IT IS SO ORDERED.

Dated: __**December 9, 2022**__     _____
                                                 UNITED STATES MAGISTRATE JUDGE